(March 23, 2017)

■ Eileen Stein, Appellant, v City of New York, Respondent, et al., Defendants. [50 NYS3d 325]—

Order, Supreme Court, New York County (Frank P. Nervo, J.), entered February 20, 2015, which granted the motion of defendant City of New York for summary judgment dismissing the complaint and all cross claims as against it, unanimously affirmed, without costs.

The City established its entitlement to judgment as a matter of law in this action where plaintiff alleges that she was injured when, while crossing the street within the crosswalk, she tripped and fell in a pothole. The City submitted evidence showing that it neither created nor had written notice of the defective condition that caused plaintiff to fall (Administrative Code of City of NY § 7-201 [c]; *see e.g. Rosenblum v City of New York*, 89 AD3d 439 [1st Dept 2011]).

In opposition, plaintiff failed to raise a triable issue of fact. Plaintiff offers only speculation that further discovery may yield evidence that raises a triable issue (*see e.g. First City Natl. Bank & Trust Co. v Heaton*, 165 AD2d 710, 712 [1st Dept 1990]). Concur—Friedman, J.P., Renwick, Richter, Moskowitz and Kapnick, JJ.